FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01714-WYD

STEVEN STILLING,

    Applicant,

vs.

KEVIN MILYARD, Warden; and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 12th day of April, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01714 WYD

Denver City and County Court
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Steven Stilling
# 96689
Sterling Correctional Facility(SCF)
P.O. Box 6000
Sterling, CO 80751

Christine Cates Brady - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/13/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk